## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

ALEX HOSTINA,

        Petitioner

    v.

WORKERS' COMPENSATION APPEAL
BOARD (ALLIED CHEMICAL CORP.,
BRIGHTHOUSE LIFE INSURANCE
COMPANY AND TRAVELERS
INDEMNITY COMPANY),

        Respondents

:  No. 164 EAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.